**Order entered February 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01222-CV

### IN THE INTEREST OF D.C. AND Q.C., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01053-2013**

## ORDER

The clerk's and reporter's records are past due. On January 12, 2015, we granted appellant an extension to February 23, 2015 to file the records. Before the Court is appellant's February 11, 2015 second motion seeking a sixty-day extension of time to file the clerk's record and reporter's record. We **GRANT** the motion as follows:

We **ORDER** Andrea Stroh Thompson, Collin County District Clerk, to file, by **MARCH 16, 2015**, either: (1) the clerk's record; or (2) written verification that appellant has not paid or made arrangements to pay for the clerk's record. *We caution appellant that, if the Court receives written notification of no payment or payment arrangements, we will dismiss the appeal for want of prosecution without further notice.* See TEX. R. APP. P. 37.3(b).

We **ORDER** Shawn Gant, Official Court Reporter for the 429th Judicial District Court of Collin County, Texas, to file, by **MARCH 23, 2015**, either: (1) the reporter's record; or (2) written verification that appellant has not paid or made arrangements to pay for the reporter's

record. *We caution appellant that if the Court receives written verification of no payment or payment arrangements, the Court will order the appeal submitted without the reporter's record.* *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Andrea Stroh Thompson, Shawn Gant, appellant, and counsel for appellee.

/s/     ELIZABETH LANG-MIERS
           JUSTICE